IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00919-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

MULDROW, 02551 and 02549,

    Plaintiff,

v.

EQUAL EMPLOYMENT COMMISSION, (et al.) Washington, DC,
EQUAL EMPLOYMENT OPPORTUNITY COM. [sic], Denver Field Office (et al.),
NANCY SIENKO, Director,
COMPASSION AND CHOICES, CO. (et al.),
JANE SANDERS,
BAYAUD INDUSTRIES, CO (et al.)
PERSONNEL MANAGEMENT SYSTEMS (et al.)
DARCY R. WILLIAMS, and
MICHAEL J. LAZAR, III, Harding & Associates (et al.),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 23 2011

GREGORY C. LANGHAM
               CLERK

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a document titled "Civil Rights Violations: Color of Law; Christian Religious Freedoms, FOIA Violations," and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. However, Plaintiff has failed to provided the court with an address where he can receive mail. Although, this order is being issued by the court, the clerk of the court has no way of communicating with Plaintiff at this time.

As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has

determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)  __  is not submitted
(2)  __  is not on proper form (must use the court's current form)
(3)  __  is missing original signature by Plaintiff
(4)  __  is missing affidavit
(5)  __  affidavit is incomplete
(6)  __  affidavit is not notarized or is not properly notarized
(7)  __  names in caption do not match names in caption of complaint, petition or application
(8)  __  An original and a copy have not been received by the court. Only an original has been received.
(9)  __  other _____

**Complaint or Petition:**
(10) __  is not submitted
(11)  X  is not on proper form (must use the court's current form)
(12) __  is missing an original signature by the Plaintiff
(13) __  is incomplete
(14)  X  uses et al. instead of listing all parties in caption
(15) __  An original and a copy have not been received by the court. Only an original has been received.
(16) __  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __  names in caption do not match names in text
(18)  X  other: Plaintiff must provide an address where he can receive mail.

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice. It is

FURTHER ORDERED that, even though the clerk of the court is unable, at this time, to mail to Plaintiff copies of the Court-approved form for filing a Complaint because of Plaintiff's failure to provide an address where he can receive mail, the clerk of the court is directed to provide Plaintiff with copies of the Complaint form should Plaintiff return to the Court within the time designated to cure the designated deficiencies.

DATED May 23, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00919-BNB

Muldrow
02551 and 02549
PO Box 18204
Denver, CO 80218

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 23, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk